# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
FTX Trading Ltd.
    Debtor

Bankruptcy Case No.: 22–11068–JTD

Bankruptcy Chapter: 11

Leslie Stuart

    Plaintiff

  vs.

FTX Trading Ltd.

    Defendant

Adv. Proc. No.: 23–50397–JTD

Notice of Filing Fee(s) Due
Re: Docket # 1

Dear Leslie Stuart

| | |
|---|---|
| ☐ | On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $5 was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due. |
| ☐ | On , you filed a Notice of Appeal in the above captioned case. A filing fee in the amount of $ was due with the filing. |
| ☑ | On May 31,2023 you filed a compliant . A filing fee in the amount of 350.00 was due with the filings. |
| ☐ | Other: |

**Please remit funds to the Court by no later than 6–19–2023**

**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252–2887.

*Una O'Boyle*
Clerk of Court

Date: 6/6/23

By: Jermaine Cooper Deputy Clerk

(VAN–442)