# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 6/6/2023
Case: 23−50397−JTD     Form ID: van442     Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Leslie Stuart     PO BOX N1671     Nassau, Bahamas
ust     U.S. Trustee     Office of the United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19801
ust     U.S. Trustee     Office of United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19899−0035

TOTAL: 3