# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**                                          Bankruptcy Case No.: 22−11068−JTD
FTX Trading Ltd.
    Debtor                                      Bankruptcy Chapter:  11
_____

Leslie Stuart

    Plaintiff                                   Adv. Proc. No.:  23−50397−JTD

    vs.

FTX Trading Ltd.

    Defendant

Notice of Filing Fee(s) Due
Re: Docket # 1

Dear Leslie Stuart

| | |
|---|---|
| ☐ | On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $5 was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due. |
| ☐ | On , you filed a Notice of Appeal in the above captioned case. A filing fee in the amount of $ was due with the filing. |
| ☑ | On May 31,2023 you filed a compliant . A filing fee in the amount of 350.00 was due with the filings. |
| ☐ | Other: |

**Please remit funds to the Court by no later than 6−19−2023**

**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

*Una O'Boyle*

Clerk of Court

Date: 6/6/23                                   By: Jermaine Cooper Deputy Clerk

(VAN−442)

United States Bankruptcy Court
District of Delaware

Stuart,
    Plaintiff
FTX Trading Ltd.,
    Defendant

Adv. Proc. No. 23-50397-JTD

# CERTIFICATE OF NOTICE

District/off: 0311-1          User: admin          Page 1 of 1

Date Rcvd: Jun 06, 2023          Form ID: van442          Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| pla | Leslie Stuart, PO BOX N1671, Nassau, Bahamas |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jun 06 2023 20:20:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jun 06 2023 20:20:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023          Signature:     /s/Gustava Winters